# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JEFF LACKIE**, *et al.*,

      **Plaintiffs,**

  v.                                                         Case No.:  2:15-cv-695
                                                            JUDGE GEORGE C. SMITH
                                                             Magistrate Judge Deavers

**U.S. WELL SERVICES, INC.,**

      **Defendant.**

## **ORDER**

This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on March 1, 2017, on the Joint Motion for Order to Grant Final Approval of Settlement.  (Doc. 113, Report and Recommendation).  After careful review of the Joint Motion for Final Approval of Settlement, the accompanying exhibits, and the entire record before the Court, the Magistrate Judge recommended granting final approval of the Settlement and entering judgment as set forth in detail in the Report and Recommendation.

The parties were given fourteen days to file any objections to the Report and Recommendation.  However, instead, the parties have filed a Joint Statement of Non-Objection to the Report and Recommendation.  (*See* Doc. 115).

Accordingly, since there is no objection to the Magistrate Judge's Report and Recommendation, the Court **ADOPTS and AFFIRMS** the Report and Recommendation.  The Joint Motion for Final Approval of Settlement is **GRANTED** and judgment shall be entered as set forth in the enumerated sections of the Report and Recommendation.

The Clerk shall remove Documents 112 and 113 from the Court's pending motions list and upon entering final judgment, this case shall be dismissed with prejudice.

**IT IS SO ORDERED.**

 */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**